IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
DEC 1 4 2004
LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:04-CR-626 |
| JAMES HERMAN BARTHOLOMAI, | : | |
| | : | |
| Defendant. | : | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

On or about August 26, 2004, in the Northern District of Georgia, the defendant, JAMES HERMAN BARTHOLOMAI, did knowingly and willfully make a true threat to take the lives of the President and Vice President of the United States, by knowingly and willfully causing to be deposited for conveyance in the mail to the Court Clerk of Comanche County, Oklahoma, a letter, writing, and document containing the following statements: "A darkness is upon America, a darkness with names (George W. Bush, Dick Cheney, Donald Rumsfeld, John Ashcroft and Colin Powell). I am the avenger--the light of chosen. On 27 January 2005 a terror and an act of treason shall begin. These five will [be] my targets of termination, with their death my quest to bring down the American government"; and signed, "James Bartholomai #03999-063," in violation of Title 18, United States Code, Section 871(a).

## COUNT TWO

On or about September 15, 2004, in the Northern District of Georgia, the defendant, JAMES HERMAN BARTHOLOMAI, did knowingly and willfully make a true threat to take the lives of the President and Vice President of the United States, by knowingly and willfully causing to be sent to federal officials at the United States Penitentiary, Atlanta, Georgia, a letter, writing, and document containing the following statement:  ". . . now FFNB [Foundation for New Beginnings] is informing you . . . of our list of targets for termination and destructions to begin on 27 January [20]05. Persons--Pres. George W. Bush, V.P. D. Cheney, . . . ."; and signed "James H. Bartholomai #0399-063, FFNB Founder/General," in violation of Title 18, United States Code, Section 871(a).

## COUNT THREE

On or about September 29, 2004, in the Northern District of Georgia, the defendant, JAMES HERMAN BARTHOLOMAI, did knowingly and willfully make a true threat to take the lives of the President and Vice President of the United States, by knowingly and willfully stating to Max L. Poux, Special Agent, United States Secret Service, that, upon being released from prison on January 27, 2005, defendant will kill the President and Vice President of the United States, or words to that effect, in violation of Title 18, United States Code, Section 871(a).

## COUNT FOUR

On or about August 26, 2004, in the Northern District of Georgia, the defendant, JAMES HERMAN BARTHOLOMAI, did threaten to assault and murder U.S. Secretary of Defense Donald Rumsfeld, U.S. Attorney General John Ashcroft, and U.S. Secretary of State Colin Powell, with intent to impede, intimidate, interfere with, and retaliate against said individuals while each of them was engaged in, and on account of the performance of each of their official duties, by knowingly and willfully causing to be deposited for conveyance in the mail to the Court Clerk of Comanche County, Oklahoma, a letter, writing, and document containing the following statements: "A darkness is upon America, a darkness with names (George W. Bush, Dick Cheney, Donald Rumsfeld, John Ashcroft and Colin Powell). I am the avenger--the light of chosen. On 27 January 2005 a terror and an act of treason shall begin. These five will [be] my targets of termination, with their death my quest to bring down the American government"; and signed, "James Bartholomai #03999-063," in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FIVE

On or about September 15, 2004, in the Northern District of Georgia, the defendant, JAMES HERMAN BARTHOLOMAI, did threaten to assault and murder U.S. Secretary of Defense Donald Rumsfeld, U.S.

Attorney General John Ashcroft, and U.S. Secretary of State Colin Powell, with intent to impede, intimidate, interfere with, and retaliate against said individuals while each of them was engaged in, and on account of the performance of each of their official duties, by knowingly and willfully causing to be sent to federal officials at the United States Penitentiary, Atlanta, Georgia, a letter, writing, and document containing the following statement: ". . . now FFNB [Foundation for New Beginnings] is informing you . . . of our list of targets for termination and destructions to begin on 27 January [20]05. Persons--Pres. George W. Bush, V.P. D. Cheney, D. Rumsfeld, C. Powell, J. Ashcroft, . . . ."; and signed "James H. Bartholomai #0399-063, FFNB Founder/General," in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT SIX

On or about September 29, 2004, in the Northern District of Georgia, the defendant, JAMES HERMAN BARTHOLOMAI, did threaten to assault and murder U.S. Secretary of Defense Donald Rumsfeld, U.S. Attorney General John Ashcroft, and U.S. Secretary of State Colin Powell, with intent to impede, intimidate, interfere with, and retaliate against said individuals while each of them was engaged in, and on account of the performance of each of their official duties, by knowingly and willfully stating to Max L. Poux, Special Agent, United States Secret Service, that, upon being released from

4

prison on January 27, 2005, defendant will kill U.S. Secretary of Defense Donald Rumsfeld, U.S. Attorney General John Ashcroft, and U.S. Secretary of State Colin Powell, or words to that effect, in violation of Title 18, United States Code, Section 115(a)(1)(B).

### SPECIAL FINDINGS

With respect to the conduct charged in this indictment:

1. the offense involved conduct evidencing an intent to carry out the threat charged; and
2. the offense involved more than two threats.

A _____TRUE_____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
United States Attorney

JANE WILCOX SWIFT
Assistant United States Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
404/581-6305
FAX 404/581-6181
Georgia Bar No. 758450